SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorney for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>　　　Plaintiff,<br><br>v.<br><br>SHELTER POINT EQUITIES, LTD; ROBATA GRILL AND SUSHI LIMITED PARTNERSHIP; and DOES 1-25, Inclusive,<br><br>　　　Defendants.<br>_____/ | CASE NO. C 08-01384 EMC<br><u>Civil Rights</u><br><br>**CERTIFICATION OF INTERESTED PARTIES** |

　　　　Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Date: 3/11/08　　　　　　　　　　　　　　SIDNEY J. COHEN
　　　　　　　　　　　　　　　　　　　　　PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sidney J. Cohen
　　　　　　　　　　　　　　　　　　　　By _____

　　　　　　　　　　　　　　　　　　　　　Sidney J. Cohen
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Complaint for Damages, Injunctive Relief, etc.　　　-1-