1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682
   Facsimile:  (510) 893-9450
4
   Attorney for Plaintiff
5  RICHARD SKAFF

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8  RICHARD SKAFF                    CASE NO. C 08-01384 EMC
                                    Civil Rights
9       Plaintiff,

10 v.

11 SHELTER POINT EQUITIES,          CONSENT TO PROCEED BEFORE A
   LTD; ROBATA GRILL                UNITED STATES MAGISTRATE
12 AND SUSHI LIMITED                JUDGE
   PARTNERSHIP; and DOES 1-
13 25, Inclusive,

14      Defendants.
                                   /
15

16 CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE
   JUDGE
17         In accordance with the provisions of Title 28, U.S.C. 636 (c), the

18 undersigned party hereby voluntarily consents to have a United States Magistrate

19 Judge conduct any and all further proceedings in the case, including trial, and

20 order the entry of a final judgment.Appeal from the judgment shall be taken

21 directly to the United States Court of Appeals for the Ninth Circuit.

22 Date: 3/12/08                    SIDNEY J. COHEN
                                    PROFESSIONAL CORPORATION
23

24                                       /s/ Sidney J. Cohen
                                    By _____
25
                                    Sidney J. Cohen
26                                  Attorney for Plaintiff Richard Skaff

27

28

Consent To Magistrate Judge              -1-