PETER FLAXMAN (SBN 45152)
FLAXMAN & BLAKELY
591 Redwood Highway, #2275
Mill Valley, CA 94941
Telephone: (415) 381-6650
Facsimile: (415) 381-4301

Attorneys for Defendant
SHELTERPOINT EQUITIES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>Plaintiff,<br><br>v.<br><br>SHELTERPOINT EQUITIES, LTD.,<br>ROBATA GRILL AND SUSHI<br>LIMITED PARTNERSHIP; and<br>DOES 1-25, Inclusive,<br><br>Defendants. | Case No. C08-01384 EMC<br><br>Civil Rights<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 8, 2008

FLAXMAN & BLAKELY

By: _____
PETER FLAXMAN
Attorneys for Defendant
Shelterpoint Equities, Ltd.

SHELTER11\DECLIN MAGIS 05 08 08