PETER FLAXMAN (SBN 45152)
FLAXMAN & BLAKELY
591 Redwood Highway, #2275
Mill Valley, CA 94941
Telephone: (415) 381-6650
Facsimile:  (415) 381-4301

Attorneys for Defendant
SHELTERPOINT EQUITIES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>  Plaintiff,<br><br>v.<br><br>SHELTERPOINT EQUITIES, LTD.,<br>ROBATA GRILL AND SUSHI<br>LIMITED PARTNERSHIP; and<br>DOES 1-25, Inclusive,<br><br>  Defendants. | Case No. C08-01384 EMC<br><br>Civil Rights<br><br>**CERTIFICATION OF<br>INTERESTED PARTIES** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Date: May 13, 2008            FLAXMAN & BLAKELY

By: _____
PETER FLAXMAN
Attorneys for Defendant
Shelterpoint Equities, Ltd.

SHELTER11\CERT PARTIES 05 13 08

# PROOF OF SERVICE BY MAIL
[C.C.P. § 1013a(1)]

I, Penelope A. Dufficy, certify and declare as follows:

I am over the age of eighteen years, and not a party to this action. My business address is 591 Redwood Highway, Suite 2275, Mill Valley, California, which is in the county where the mailing described below took place.

On May 13, 2008, I deposited in the mail at my place of business at 591 Redwood Highway, Suite 2275, Mill Valley, California, a copy of the following document(s): **Certification of Interested Parties**, in a sealed envelope, with postage thereon fully prepaid, addressed to:

> Sidney J. Cohen, Esq.
> Sidney J. Cohen Professional Corporation
> 427 Grand Avenue
> Oakland, CA 94610
>
> Carl Lippenberger, Esq.
> Lippenberger, Thompson, Welch
>   Soroko & Gilbert LLP
> 201 Tamal Vista Blvd.
> Corte Madera, CA 94925

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 13, 2008, at Mill Valley, California.

*Penelope A. Dufficy*
Penelope A. Dufficy