```
 1  CARL LIPPENBERGER (SBN 66606)
    LIPPENBERGER, THOMPSON, WELCH, SOROKO & GILBERT LLP
 2  201 Tamal Vista Blvd
    Corte Madera, CA 94925
 3  Telephone: (415) 927-5200
    Facsimile:  (415) 927-5210
 4
    Attorneys for Defendant Robata Grill and Sushi
 5  Limited Partnership
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  RICHARD SKAFF              )
                               )   No. C 08-01384 - MHP
         Plaintiff,            )
12                             )   CERTIFICATION OF INTERESTED
    v.                         )   ENTITIES OR PERSONS
13                             )
    SHELTER POINT EQUITIES, LTD; )
14  ROBATA GRILL AND SUSHI LIMITED )
    PARTNERSHIP; and DOES 1 -20, )
15  inclusive,                 )
                               )
16       Defendants.
17
18       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
19  associations of persons, firms, partnerships, corporations (including parent corporations) or other
20  entities (i) have a financial interest in the subject matter in controversy or in a party to the
21  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
22  substantially affected by the outcome of this proceeding:
23       1.   Tazuri Pacific, Inc., a California Corporation;
24       2.   Karin Hobbel;
25       3.   Fred Obayashi;
26       4.   Nicolas Domaguing;
27
    CERTIFICATION OF INTERESTED PERSONS    1          Case No. C 08-01384-MHP
28
```

5. Prinitivo Fichartz;

6. The Lynch Family Trust;

7. Shinji Kawasaki; and,

8. The Karin-Elke Hobbel Trust.

Dated: June 2, 2008

LIPPENBERGER, THOMPSON, WELCH
SOROKO & GILBERT LLP

By /s/ Carl Lippenberger
Carl Lippenberger
Attorneys for Defendant Robata Grill and Sushi
Limited Partnership

---

CERTIFICATION OF INTERESTED PERSONS   2            Case No. C 08-01384-MHP