1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682
   Facsimile: (510) 893-9450
4
   Attorney for Plaintiff
5  RICHARD SKAFF

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8  RICHARD SKAFF                CASE NO. C 08-01384 MHP
                                <u>Civil Rights</u>
9       Plaintiff,

10 v.

11 SHELTER POINT EQUITIES,       **NOTICE OF NEED FOR MEDIATION**
   LTD; ROBATA GRILL             **(ADA ACCESS CASES)**
12 AND SUSHI LIMITED
   PARTNERSHIP; and DOES 1-
13 25, Inclusive,

14      Defendants.
                              /
15

16      Plaintiff reports that the joint site inspection occurred on May 27,

17 2008. Although 45 days have passed, the parties have not reached an agreement.

18 In accordance with General Order No. 56, the matter should be set for mediation.

19 Date: July 11, 2008           SIDNEY J. COHEN
                                 PROFESSIONAL CORPORATION
20

21                                      /s/ Sidney J. Cohen
                                 By _____
22
                                 Sidney J. Cohen
23                               Attorney for Plaintiff

NOTICE OF NEED FOR MEDIATION.          -1-