SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile:   (510) 893-9450

Attorney for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>         Plaintiff,<br><br>v.<br><br>SHELTER POINT EQUITIES, LTD; ROBATA GRILL AND SUSHI LIMITED PARTNERSHIP; and DOES 1-25, Inclusive,<br><br>         Defendants.<br>_____/ | CASE NO. C 08-01384 MHP<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE INJUNCTIVE RELIEF ASPECT OF THE LAWSUIT ONLY**<br><br>FRCP section 41 (a) (1) (ii) |

Plaintiff Richard Skaff and defendants Shelter Point Equities, LTD and Robata Grill And Sushi Limited Partnership, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

Plaintiff filed this lawsuit on March 11, 2008.

Plaintiff and defendants have entered into a "Release And Settlement Agreement For Injunctive Relief Only" which settles the injunctive relief aspect of the lawsuit against all defendants. A copy of the "Release And Settlement Agreement For Injunctive Relief Only" is incorporated by reference herein as if set forth in full. Paragraph IID of the " Release And Settlement Agreement For Injunctive Relief Only"states in part that "The Court shall retain jurisdiction to enforce the terms of this Settlement Agreement....." Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Release And Settlement Agreement For Injunctive Relief Only."

Plaintiff moves to dismiss with prejudice the injunctive relief aspect of lawsuit against

1  defendants.

2      Defendants, who have answered the Complaint, agree to the dismissal of the injunctive

3  relief aspect of the lawsuit with prejudice.

4      The damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit

5  have not been settled and are the subject of continuing litigation.

6      This case is not a class action, and no receiver has been appointed.

7      This Stipulation and Order may be signed in counterparts, and facsimile signatures shall

8  be as valid and as binding as original signatures.

9      Wherefore, plaintiff and defendants, by and through their attorneys of record, so

10 stipulate.

11 Date:12/24/08                    SIDNEY J. COHEN
12                                  PROFESSIONAL CORPORATION

13                                  /s/ Sidney J. Cohen

14                                  Sidney J. Cohen
                                   Attorney for Plaintiff Richard Skaff
15
   Date:12/23/08                    FLAXMAN & BLAKELY
16

17                                  /s/ Peter Flaxman

18                                  Peter Flaxman
                                 Attorney for Defendant
19                                  Shelter Point Equities, LTD

20 Date:12/24/08                      LIPPENBERGER, THOMPSON,
                                 WELCH, SOROKO, & GILBERT LLP
21

22                                  /s/ Carl Lippenberger

23                                  Carl Lippenberger
                                 Attorney for Defendant
24                                  Robata Grill and Sushi Limited Partnership

25
        PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:
26
    The injunctive relief aspect of the lawsuit against defendants is dismissed with
27
prejudice. The Court shall retain jurisdiction to enforce the parties' "Release And
28

Stipulation And Order For Dismissal.        -2-

1 | Settlement Agreement For Injunctive Relief Only."The damages and attorney's fees, litigation
2 | expenses, and costs aspects of the lawsuit are the subject of continuing litigation.

4 | Date:   1/20/2009



Marilyn Hall Patel
Judge Marilyn H. Patel
IT IS SO ORDERED

Stipulation And Order For Dismissal.                         -3-