SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile:     (510) 893-9450

Attorney for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>            Plaintiff,<br><br>v.<br><br>SHELTER POINT EQUITIES, LTD; ROBATA GRILL AND SUSHI LIMITED PARTNERSHIP; and DOES 1-25, Inclusive,<br><br>            Defendants.<br>_____/ | CASE NO. C 08-01384 MHP<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL**<br><br>FRCP section 41 (a) (1) (ii) |

      Plaintiff Richard Skaff and defendants Shelter Point Equities, LTD and Robata Grill And Sushi Limited Partnership, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

      Plaintiff filed this lawsuit on March 11, 2008.

      Plaintiff and defendants have entered into a "Release And Settlement Agreement For Injunctive Relief Only" and subsequently have entered into a " Release And Settlement Agreement." The two Releases And Settlement Agreements settle all aspects of the lawsuit against all defendants. A copy of the "Release And Settlement Agreement For Injunctive Relief Only" and " Release And Settlement Agreement" are each incorporated by reference herein as if set forth in full. Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Release And Settlement Agreement For Injunctive Relief Only" and the "Release And Settlement Agreement."

      Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

Stipulation And Order For Dismissal.                                -1-

1    Defendants, who have answered the Complaint, agree to the dismissal with prejudice.

2    This case is not a class action, and no receiver has been appointed.

3    This Stipulation and Order may be signed in counterparts, and electronic and facsimile
4    signatures shall be as valid and as binding as original signatures.

5    Wherefore, plaintiff and defendants, by and through their attorneys of record, so
6    stipulate.

7    Date: 2/9/09                SIDNEY J. COHEN
                                  PROFESSIONAL CORPORATION
8
                                  /s/ Sidney J. Cohen
9                                 _____
                                  Sidney J. Cohen
10                                Attorney for Plaintiff Richard Skaff

11   Date:2/9/09                 FLAXMAN & BLAKELY

12                                /s/ Peter Flaxman
                                  _____
13                                Peter Flaxman
                                  Attorney for Defendant
14                                Shelter Point Equities, LTD

15   Date:2/9/09                 LIPPENBERGER, THOMPSON,
                                  WELCH, SOROKO, & GILBERT LLP
16
                                  /s/ Carl Lippenberger
17                                _____
                                  Carl Lippenberger
18                                Attorney for Defendant
                                  Robata Grill and Sushi Limited Partnership
19

20   PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

21   The lawsuit against defendants is dismissed with prejudice. The Court shall retain
22   jurisdiction to enforce the parties' "Release And Settlement Agreement For Injunctive Relief
23   Only" and "Release And Settlement Agreement."

24   Date:  2/12/2009

25                                IT IS SO ORDERED
                                  Judge Marilyn H. Patel
26

27

28

Stipulation And Order For Dismissal.                    -2-